IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAURUS S. CENTAUR
also known as
Jihad N. Muhammad,

    Plaintiff,

      v.

PRISONER TRANSPORTATION
SERVICES OF AMERICA, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-2626-TWT

## ORDER

    This is a pro se prisoner civil rights action.  It is before the Court on the Report and Recommendation [Doc.  10] of the Magistrate Judge recommending that certain claims should go forward and that others be dismissed.  The Plaintiff's objections to the dismissal of Sheriff Warren are without merit.    The Court approves and adopts the Report and Recommendation as the judgment of the Court.  The following claims are allowed to proceed: (1) Plaintiff's claim of deliberate indifference to a serious medical need against Defendants John Doe, Jane Doe, Sergeant Perry, and (2) Plaintiff's claim of inhumane conditions of confinement against Defendants PTSA,

John Doe, Jane Doe.  The remaining claims are dismissed, including all claims against

Defendants Cobb County Sheriff's Department and Sheriff Neil Warren.

SO ORDERED, this 7 day of January, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge