IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAURUS S. CENTAUR
also known as
Jihad N. Muhammad,

    Plaintiff,

      v.

PRISONER TRANSPORTATION
SERVICES OF AMERICA, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-2626-TWT

ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 45] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 27] without prejudice for improper venue. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 27] is GRANTED. The Plaintiff's Motion in Opposition [Doc. 40] is DENIED.

SO ORDERED, this 10 day of October, 2013.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge